

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2015

No. 04-15-00012-CV

John E. **RODARTE,** Sr.,
Appellant

v.

Ralph **LOPEZ**, et al,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18884
Honorable Michael E. Mery, Judge Presiding

# O R D E R

John E. Rodarte Sr. filed a bill of review in the trial court, seeking to set aside a December 2011 final judgment. The trial court summarily denied the bill of review on October 20, 2014, and Rodarte timely appealed that ruling. The record and Rodarte's brief have been filed.

Appellees have file a motion to dismiss the appeal on the grounds of res judicata and law of the case. We **deny** the motion. Rodarte timely appealed the final judgment in a bill of review proceeding and this court has jurisdiction over the appeal.

The appellees' brief is past due. If appellees desire to file a brief, they must do so by **July 27, 2015.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2015.



Keith E. Hottle
Clerk of